## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

TAMMY CORNELIUS AND JAMES CORNELIUS,

          Petitioners

          v.

GREGORY J. MENIO, M.D., GREGORY J. MENIO, M.D., P.C.,

          Respondents

: No. 122 MAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of October, 2015, the Petition for Allowance of Appeal is **DENIED,** and Petitioner's Leave to File a Response and/or Motion to Strike is **DENIED.**